

**ORDERED in the Southern District of Florida on January 28, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No: 14-29057-JKO

ADAM FEINSTEIN,
                                          Chapter 11

           Debtor.
_____/

**AGREED ORDER GRANTING MOTION TO VALUE PURSUANT TO 11 U.S.C. §506(a) AND TO BIFURCATE PURSUANT TO 11 U.S.C. §506(d)**

THIS MATTER came to be heard on January 20, 2015 upon the Debtors' Motion to Value a first lien on investment property located at 1850 S. Ocean Drive, #1906, Hallandale Beach, FL 33009 [D.E. 50], and the Court having reviewed the file and heard on the record the parties' agreement on the Motion, does hereby

ORDER and ADJUDGE as follows:

1.     The Motion is GRANTED.

2. The collateral securing Wells Fargo Bank, N.A.'s first mortgage on the Debtors' property located at <u>1850 S. Ocean Drive, #1906, Hallandale Beach, FL 33009</u> is valued at $380,000.00.

3. Wells Fargo Bank, N.A. has an allowed secured claim in the amount of $380,000.00, which shall be paid including interest at 5.00% in 360 equal monthly payments of $2,039.92. Additionally, Debtor's monthly payments shall include escrow payments for real estate taxes, which shall be subject to change over time.

4. The balance of Wells Fargo Bank, N.A.'s claim, if any, shall be treated as unsecured.

5. The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

###

Attorney Trey E. Miller is directed to serve a conformed copy of this Order to:

Debtors
U.S. trustee
20 largest creditors
All Appearances